# THE COURT OF CRIMINAL APPEALS OF TEXAS

TO THE CLERK OF THE
COURT OF CRIMINAL APPEALS
P.O.BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RR: PD-1325-14, NOBLE LEE BARRETT JR  V STATE,

COA No. 12-13-00185-CR

This letter is in reference to the above numbered and styled cause, seeking information on the status on my Petition For Discretionary review that was received, and filed by this court on November 14, 2014, as of this day I have not been notified by the court whether it was granted, denied, or whether a hearing is scheduled in this cause.

So would you please inform me as to the status of by (PDR) so I can properly toll my time, and also to be able to prepare for a hearing if the court has assigned such action.

THANKING YOU IN ADVANCE,

_____
NOBLE LEE BARRETT, JR.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 28 2015

Abel Acosta, Clerk

NOBLE LEE BARRETT, JR.
TDCJ-ID NO. 1858564
ALLEN POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

page (1)-of-(1)